UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARBEL AZZI, | Case No.: 2:25-cv-02330-APG-DJA |
| Plaintiff | **Order Striking Certificate of Interested Parties and Errata** |
| v. | |
| DREAMSCAPE FALMINGO ROAD MANAGEMENT, LLC, | |
| Defendant | |

I ORDER that plaintiff Charbel Azzi's certificate of interested parties (ECF No. 4) and errata (ECF No. 5) are STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate and errata do not identify the plaintiff's citizenship as required by that rule.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by December 9, 2025.

DATED this 25th day of November, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE