**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
ASHLEY L. ZURKAN, ESQ.
Nevada Bar No. 16473
E-mail: Michael.Lowry@wilsonelser.com
Ashley.Zurkan@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Dreamscape Flamingo Road Management, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Charbel Azzi, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Dreamscape Flamingo Road Management, LLC; Does 1-10 inclusive; and Roe Corporations 1-10 inclusive,<br><br>　　　　　Defendant. | Case No.: 2:25-cv-02330-APG-DJA<br><br>**Stipulated Discovery Plan and Scheduling Order; Submitted in Compliance with LR 26-1(b)** |

1. **Meeting**: The parties conducted the Rule 26(f) conference on Monday, December 15, 2025.

2. **Pre-Discovery Disclosures**: The parties have exchanged their Rule 26(a)(1) disclosures.

3. **Discovery Plan**: The parties propose the discovery period below, calculated from Defendants November 24, 2025, Petition for Removal:

|  | **Default Schedule** |
|---|---|
| Amending the Pleadings and Adding Parties | January 23, 2026 |
| Initial Expert Disclosures | February 23, 2026 |

325102580v.1

| | |
|---|---|
| Rebuttal Expert Disclosures | March 24, 2026 |
| Discovery Closes | May 27, 2026 |
| Dispositive Motions | June 22, 2026 |
| Pre-Trial Order, if no Dispositive Motions | July 22, 2026 |

The parties certify that they have conferred about the possibility of using alternative dispute resolution processes, but concluded they are not mutually beneficial at this time. The parties also considered consent to trial by a magistrate judge and the use of the Short Trial Program. Further, the parties have discussed electronic evidence, but to date have no electronic evidence to present.



**BOYD LEGAL PLLC**

*/s/ Ashley Zurkan*
Michael Lowry, Esq.
Nevada Bar No. 10666
Ashley L. Zurkan, Esq.
Nevada Bar No. 16473
Attorneys for Dreamscape Flamingo Road Management, LLC

*/s/ Russell Boyd*
Russell Boyd, Esq.
Nevada Bar No. 15389
*Attorney for Plaintiff*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __12/30/2025_____

-2-

325102580v.1