**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
ASHLEY L. ZURKAN, ESQ.
Nevada Bar No. 16473
E-mail: Ashley.Zurkan@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Dreamscape Flamingo Road
Management, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Charbel Azzi, an individual,<br><br>          Plaintiff,<br><br>vs.<br><br>Dreamscape Flamingo Road Management, LLC; Does 1-10 inclusive; and Roe Corporations 1-10 inclusive,<br><br>          Defendant. | Case No.: 2:25-cv-2330<br><br>**Dreamscape Flamingo Road Management, LLC's Stipulation and Order to Extend Discovery Deadlines and Continue Trial (1st Request)** |

Pursuant to Federal Rule of Civil Procedure 29(b) and Local Rules IA 6-1, 7-1 and 26-3, the parties hereby submit the following Stipulation and Order to Continue Discovery Deadlines (First Request) to extend the discovery deadlines and all related case management deadlines, as set forth the order granting the parties' discovery plan (ECF No. 12) for 60 days.

**I.      Discovery Completed to Date**

    **a.**  Both parties served their FRCP 26(a)(1) disclosures.

    **b.**  Defendant served interrogatories and requests for production to Plaintiff on December 9, 2025. Plaintiff has not yet responded.

    **c.**  Plaintiff served requests for production to Defendant on November 19, 2025. Defendant responded on January 9, 2026.

328732426v.2

    **d.** Defendant served a Subpoena Duces Tecum on Las Vegas Metropolitan Police Department on December 4, 2025.

**II.**    **Discovery Remaining**

    **a.** Plaintiffs' responses to interrogatories and requests for production.

    **b.** Potential additional subpoenas for third-party documents.

    **c.** Depositions of Parties

    **d.** Deposition of Percipient Witnesses

    **e.** Retention of Expert Witnesses

    **f.** Deposition of Experts

**III.**    **Reasons for Requested Extension**

At the end of January, Plaintiff requested to take the deposition of five individuals, four of whom are employees of Defendant, addition to the corporate deposition of Defendant. Although the parties are working diligently to set these depositions, they have not yet been set and topics have not been provided for the proposed 30(b)(6) deposition. These depositions will be material to the work performed by anticipated experts. Good cause exists to extend discovery and allow these depositions to proceed with sufficient time for experts to review the transcripts and provide robust reports.

/ / /

/ / /

/ / /

-2-

328732426v.2

## IV.    Current Dates and Requested Extensions

| Event | Current Date | Proposed Date |
|---|---|---|
| Last Date to Add Parties or Amend Complaint | CLOSED | CLOSED |
| Last Date to Disclose Initial Expert Witnesses | February 23, 2026 | April 24, 2026 |
| Last Date to Disclose Rebuttal Expert Witnesses | March 24, 2026 | May 22, 2026 |
| Close of Discovery | May 27, 2026 | July 27, 2026 |
| Dipositive Motions | June 22, 2026 | August 21, 2026 |
| Pre-Trial Order if No Dispositive Motions Filed | July 22, 2026 | September 19, 2026 |

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

**BOYD LEGAL PLLC**

*/s/ Ashley Zurkan*
Michael P. Lowry
Nevada Bar No. 10666
Ashley L. Zurkan
Nevada Bar No. 16473
Attorneys for Dreamscape Flamingo
Road Management, LLC

*/s/ Russell Boyd*
Russell Boyd, Esq.
Nevada Bar No. 15389
Attorneys for Plaintiffs

**IT IS SO ORDERED**.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 2/17/2026

-3-

328732426v.2